# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-mj-00197 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| SANDY GREEN, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on March 28, 2018. Defendant appeared with counsel and waived her right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

April 11, 2018              *s/Sharon L. Ovington*
                              Sharon L. Ovington
                         United States Magistrate Judge